In the Matter of THE BROOKLYN UNION ELEVATED RAILROAD COMPANY, Respondent, *v.* JAMES H. OLIFF et al., Appellants.

*Matter of Brooklyn Union Elevated R. R. Co.*, 113 App. Div. 817, affirmed.

(Argued February 21, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 26, 1906, which affirmed an order of Special Term confirming the report of commissioners of appraisal appointed to assess the fee damage occasioned abutting owners by reason of the construction of petitioner's elevated railroad.

*Cyrus V. Washburn* and *George W. Sickels* for appellants.

*Charles L Woody* and *George D. Yeomans* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.

---

ORLANDO F. THOMAS, as Receiver of the GENERAL CARRIAGE COMPANY, Appellant, *v.* ELECTRIC VEHICLE COMPANY, Respondent.

*Thomas* v. *Electric Vehicle Co.*, 98 App. Div. 627, affirmed.

(Argued February 22, 1907; decided March 12, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action for conversion.

*Herbert C. Smyth* and *Richard A. Irving* for appellant.

*Edward J. Gavegan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.